# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

YUESEYUAN CRUEL,  PLAINTIFF
REG. #96075-071

v.  NO: 2:09CV00189 JLH/HDY

UNITED STATES BUREAU OF PRISONS, *et al.*  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for judgment is DENIED. Document #4.

IT IS SO ORDERED this 6th day of April, 2010.

_J. Leon Holmes_
UNITED STATES DISTRICT JUDGE