IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

YUESEYUAN CRUEL,
REG. #96075-071                                                                    PLAINTIFF

2:09CV00189JTK

UNITED STATES BUREAU
OF PRISONS, et al.                                                               DEFENDANTS

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be,  and it is hereby, DISMISSED with prejudice.  The relief

sought is denied.

IT IS SO ADJUDGED this 9th day of September,  2010.

_____
United States Magistrate Judge